

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00101-CV

**IN RE N.A.**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: March 26, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On February 13, 2025, relator filed a petition for a writ of mandamus. After considering the mandamus petition and record, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-23309, styled *In the Interest of E.K.A.-K.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.